RECEIVED
IN ALEXANDRIA, LA

DEC -3 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARVIN MITCHELL WILLIAMSON, JR. | DOCKET NO. 10-CV-1319; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CHARLES E. BOURG, II | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 3RD day of December, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE