# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

RECEIVED
MAR 11 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

No. 10-31208

MARVIN MITCHELL WILLIAMSON, JR.,

    Plaintiff - Appellant

v.

CHARLES E. BOURG, II,

    Defendant - Appellee

1:10cv1319

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of March 4, 2011, for want of prosecution. The appellant failed to timely pay docketing fee.

                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Dawn D. Victoriano, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana    04 MAR 20

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
MAR 11 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

March 04, 2011

Mr. Tony R. Moore
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 10-31208, Marvin Williamson, Jr. v. Charles Bourg, II
    USDC No. 1:10-CV-1319

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
    Mr. Marvin M. Williamson Jr.

MDT-1